USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE
LAW, AND INSURANCE LITIGATION,
------------------------------------------------------------X
CUMMINS INC.,
                Plaintiff,

-against-

NEW YORK LIFE INSURANCE COMPANY,
ET AL.,
                Defendants.
------------------------------------------------------------X

08 CIVIL 11117(TPG)

09 CIVIL 0557 (TPG)
10 CIVIL 9252 (TPG)

**JUDGMENT**

     Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on September 26, 2013, having rendered its Opinion granting the motions to dismiss and dismissing the complaint in its entirety, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 26, 2013, the motions to dismiss are granted and the complaint is dismissed in its entirety.

**Dated:** New York, New York
          September 30, 2013

                                    **RUBY J. KRAJICK**
                                       Clerk of Court
                BY:
                                         **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____